MARTIN v. BENSON

No. 119A97

Case below: 125 N.C.App. 330

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals dismissed 8 May 1997. Motion by defendants to dismiss plaintiff's appeal allowed 8 May 1997.

PETERSON v. HOOPER

No. 216P97

Case below: 126 N.C.App. 221

Motion by defendant for temporary stay allowed 2 May 1997.

PHILLIPS v. FOOD LION

No. 65P97

Case below: 125 N.C.App. 212

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

PLUMMER v. KEARNEY

No. 34P97

Case below: 124 N.C.App. 786

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

RATLEY CONSTRUCTION CO. v. RICHMOND
COUNTY BD. OF EDUC.

No. 170P97

Case below: 125 N.C.App. 421

Motion by defendant (Richmond Co.) for temporary stay allowed 28 April 1997. Temporary stay dissolved and petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.